**820**

■ In the Matter of the Estate of ABRAHAM MEYERS, Deceased. BEN MEYERS et al., Appellants; ESTHER COHEN et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellants, and appellants failed to comply with an order of this court, dated April 16, 1962, requiring them to perfect their appeal for the September 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ (A) DOUGLAS KING, Respondent, v. SHINNECOCK TRIBE OF INDIANS, Appellant. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur. (B) PARK INN HOTEL, INC., Appellant, v. NAT MESSING et al., Respondents. Ughetta, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.— [In each action] On the call of the calendar, upon motion by respondents, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 16, 1962, requiring it to perfect its appeal for the September 1962 Term.

■ GEORGE KELLINGTON, Appellant, v. CITY OF NEW YORK et al., Respondents.— Motions by respondents Ippolito and the City of New York to dismiss appeal from a judgment of the Supreme Court, Queens County. Motion granted; appeal dismissed. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ IRVING F. LAX, Respondent, v. RECORD REALTY CO., INC., Appellant, et al., Defendants.— Motion by appellant for a stay, pending appeal; and for other relief, denied, without costs. Cross motion by respondent for omnibus relief, dismissed, without costs. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.

■ LILLIAN G. MASSARO, as Administratrix of the Estate of CHARLES J. GAUCI, JR., Deceased, Appellant, v. JACK GOTTLIEB et al., Respondents.— On the call of the calendar, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated April 30, 1962, requiring her to perfect her appeal for the September 1962 Term. Ughetta, Acting P. J., Kleinfeld, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD WIECZKOWSKI, Appellant.— On the call of the calendar, upon motion by respondent, appeal dismissed. There was no appearance for appellant, and appellant failed to comply with an order of this court, dated March 13, 1961, requiring him to perfect his appeal for the May 1961 Term. Beldock, P. J., Kleinfeld, Christ, Hill and Hopkins, JJ., concur.